FILED

DEC 1 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GEORGE RHODES, ) <br> ) <br> Defendant. ) | CRIMINAL NO. 17-30201-NJR <br><br> Title 18, <br> United States Code, <br> Sections 922(g)(1) and 924(d)(1) and <br> Title 21, United States Code, <br> Sections 841(a)(1) and (b)(1)(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**

On or about October 13, 2017, in Madison County, Illinois, within the Southern District of Illinois,

**GEORGE RHODES,**

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(l) and 841(b)(l)(C).

### COUNT 2

**POSSESSION OF A WEAPON BY A FELON**

From between October 1, 2017 and October 13, 2017, in Madison County, Illinois, within the Southern District of Illinois,

**GEORGE RHODES,**

1

defendant herein, who has been convicted in an Illinois state court of a felony offense, namely Aggravated Battery in Madison County, Illinois, Case Number 09-CF-1125 on January 11, 2010, did knowingly possess in or affecting commerce a Hi Point, Model JCP, .40 Caliber S&W handgun, serial number X1733439, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction for the offense charged defendant, **GEORGE RHODES**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in the aforementioned offense.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following: a Hi Point, Model JCP, .40 Caliber S&W handgun, serial number X1733439, and any ammunition contained therein.

A TRUE BILL

_____
DEREK J. WISEMAN
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond:  Detention

2