IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff,                      )<br>                                          )<br>v.                                        )<br>                                          )<br>GEORGE RHODES                )<br>     Defendant.                   ) | No. 17-CR-30201-NJR-1 |

**DEFENDANT'S  UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES defendant GEORGE RHODES, by and through his attorney, QUINN A. MICHAELIS, and moves for a continuance of the trial setting in the above-captioned matter currently set to begin on August 28, 2018.  Counsel further requests an extension of time to file motions in limine.  In support of this motion, defendant states the following:

1.  A trial in this matter is currently set for August 28, 2018.  A final pretrial conference is set for August 21, 2018 at 9:30 am.

2.  Counsel for Mr. Rhodes has received the discovery in this case and is currently reviewing the discovery.  Counsel requests additional time to review the discovery with Mr. Rhodes.

3. The undersigned counsel is also currently requesting and reviewing additional records relating to Mr. Rhodes' criminal history to determine the applicability of recidivist enhancements in this case.

4.  AUSA Wiseman has been contacted regarding this motion.  He does not object to a continuance of the trial date.

5.  Mr. Rhodes agrees that time should be excluded for purposes of the Speedy Trial Act up to the date of the trial.

5.  In light of the above, and in the interests of justice, the trial should be continued to a date convenient for the court, with an additional extension of time to file motions in limine.

Respectfully submitted,

/s/Quinn A. Michaelis

Quinn A. Michaelis
Attorney For GEORGE RHODES
73 W. Monroe
Chicago, Illinois 60601
312-714-6920

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018 , I electronically filed the above

**<u>DEFENDANT'S  UNOPPOSED MOTION TO CONTINUE TRIAL</u>**

with the Clerk of Court using the CM/ECF system to all listed parties in the case.

Respectfully Submitted on July 31, 2018.

By His Attorney,

s/ Quinn A. Michaelis

Quinn A. Michaelis
Attorney For George Rhodes
73 W. Monroe
Chicago, Illinois 60601
312-714-6920