IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 17-CR-30201-NJR |
| | ) | |
| GEORGE RHODES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE REGARDING PRIOR FELONY CONVICTIONS

Comes now the United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and through Derek J. Wiseman, Assistant United States Attorney, and for this Notice states as follows:

1. Defendant George Rhodes (hereinafter "defendant") has been charged in the Indictment in this case with one count of possession with intent to distribute a controlled substance (Count 1) and one count of possession of a weapon as a convicted felon (Count 2). Doc. 1.

2. The Indictment further alleges that said offenses occurred on or around October 13, 2017.

3. Prior to October 13, 2017, defendant had been convicted of the following felony offenses:

    a. A conviction for **Battery/Bodily** Harm on August 12, 2011, in the Third Judicial Circuit Court of Madison County, IL, in case number 11-CF-100341.

1

b.  A conviction for **Aggravated Battery (Class 3)** on August 12, 2011, in the Third Judicial Circuit Court of Madison County, IL, in case number 09-CF-1125.

c.  A conviction for **Aggravated Battery (Class 3)** on January 11, 2010, in the Third Judicial Circuit Court of Madison County, IL, in case number 08-CF-795.

4. Documents relating to these convictions, including charging documents and judgments have been provided to defendant in discovery.

5. The Government hereby provides notice to defendant that it may rely on any of these convictions as proof at trial of the statutory element of a prior felony conviction as alleged in the Indictment.

**Respectfully submitted,**

**THE UNITED STATES OF AMERICA**

**STEVEN D. WEINHOEFT**
**United States Attorney**

s/ Derek J. Wiseman

**DEREK J. WISEMAN**
**Assistant United States Attorney**
**Nine Executive Drive**
**Fairview Heights, IL   62208**
**Phone:   (618) 628-3700**
**E-mail: derek.wiseman@usdoj.gov**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 17-CR-30201-NJR |
| | ) | |
| GEORGE RHODES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2018, I electronically filed the following document:

**NOTICE REGARDING PRIOR FELONY CONVICTIONS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Quinn Michaelis, Attorney at Law

                                           **Respectfully submitted,**

                                           **THE UNITED STATES OF AMERICA**

                                           **STEVEN D. WEINHOEFT**
                                           United States Attorney

                                           s/ *Derek J. Wiseman*
                                           **DEREK J. WISEMAN**
                                           Assistant United States Attorney
                                           Nine Executive Drive
                                           Fairview Heights, IL   62208
                                           Phone:   (618) 628-3700
                                           E-mail: derek.wiseman@usdoj.gov