IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | No. 17-CR-30201-NJR-1 |
| ) | |
| GEORGE RHODES, ) | |
| ) | |
|    Defendant. ) | |

## MOTION TO CONTINUE THE SENTENCE HEARING

COMES NOW Defendant George Rhodes, by and through counsel, and respectfully requests this Court to continue the sentencing hearing for approximately 60 days. In support of this motion, the Defendant states the following.

1. The sentencing hearing is currently scheduled for July 9, 2019.

2. Counsel was recently appointed and needs additional time to prepare for sentencing.

3. The Presentence Investigation interview is scheduled for July 2. The Probation Officer will also need time to complete the investigation and the PSR.

4. Counsel for the Government does not object to this request.

                                                                              Respectfully submitted,

                                                                              ***/s/Stephen R. Welby***
                                                                              Stephen R. Welby
                                                                              Federal Public Defender
                                                                              650 Missouri Avenue, Room G10A
                                                                              East St. Louis, IL 62201
                                                                              (618) 482-9050

                                                                              ATTORNEY FOR DEFENDANT
                                                                              GEORGE RHODES

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

> Derek J. Wiseman
> Assistant United States Attorney
> Nine Executive Drive, Suite 300
> Fairview Heights, Illinois 62208

via electronic filling with the Clerk of the Court using the CM/ECF system this 19th day of June, 2019.

> */s/Stephen R. Welby*
> Stephen R. Welby